AUSA: Izant

## AFFIDAVIT IN SUPPORT OF APPLICATIONS FOR SEARCH WARRANTS

I, Special Agent Jose J. Oquendo, of the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), being first duly sworn, hereby depose and state as follows:

### INTRODUCTION

1. This is an Affidavit in support of applications for warrants pursuant to Federal Rule of Criminal Procedure 41 authorizing the search of the following locations (collectively, the "SUBJECT LOCATIONS"):

| Attachment | Location | Location Description (as further described in Attachments A-1 and A-2) |
|---|---|---|
| A-1 | 1524 Clairidge Road, Gwynn Oak, Maryland 21207 | A two-story townhouse where Tykei WILSON is believed to reside. |
| A-2 | Gray 2015 Acura 4S | A gray 2015 Acura 4S sedan bearing MD license plate 1DF7257. |

2. As a result of the ongoing investigation more fully described below, I submit there is probable cause to believe that within the SUBJECT LOCATIONS are evidence, fruits, and instrumentalities (as detailed in Attachment B) of federal criminal offenses, including 18 U.S.C. § 922(u) (theft of firearms from a federal firearms licensee) and 18 U.S.C. § 371 (conspiracy).

3. Because I submit this Affidavit for the limited purpose of establishing probable cause for the requested warrants, I have not included every detail of which I am aware regarding the investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause. I have not, however, excluded facts known to me that would defeat a finding of probable cause for the requested warrants. The information contained in this Affidavit is based upon my personal knowledge, my review of documents, and other evidence, including my conversations with other law enforcement officers and other individuals.

JJI

## AFFIANT'S TRAINING AND EXPERIENCE

4. I have been a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") since 2014. I have experience investigating narcotics and firearms trafficking offenses.

5. I have previously investigated federal firearms licensee ("FFL") burglaries like the one described in this Affidavit. Based on my experience, I know that individuals who steal firearms from FFLs typically sell or otherwise dispose of the firearms within days, if not hours, of the theft.

6. Based on my training experience, I also know that individuals who commit burglaries often keep the masks, clothing, and/or footwear that they wore during the burglaries in their residences and vehicles.

7. Based on my training and experience, I also know that gun traffickers routinely use cellular telephones to facilitate their illicit operations and that they usually keep their cellular telephones on or in close proximity to their persons, or in secure locations like residences.

## PROBABLE CAUSE

8. On March 2, 2020, ATF and the Vienna Police Department responded to a burglary that occurred at approximately 6:07 AM at the Federal Firearms Licensee (hereinafter referred to as "FFL") Vienna Arsenal located in Vienna, Virginia.

9. Surveillance video footage obtained from the FFL shows two individuals breaking through the second story window of the business. One individual can be seen kicking in the second story window and entering the FFL with another individual following right after. Both individuals were wearing face masks and black jackets.

10. The individual who kicked in the window was wearing black-and-white Nike basketball sneakers and a puffy black jacket with an attached hood. The jacket has a white triangle design located just below the left shoulder. After the point at which the individual has come through the broken window, the surveillance video shows that the jacket is torn on the right arm to the extent that stuffing visibly protrudes from the tear.

11. The individual proceeded to grab a plastic bin from the FFL and place a rifle and pistols in it. The other individual was wearing a gray mask with a black jacket and can be seen throwing firearms out of the second story window. At approximately 6:10 AM the individuals exited the FFL through the second story window. Based on review of the surveillance footage from the FFL and the FFL's preliminary analysis of the merchandise it lost, it is currently believed that the suspects stole 21 firearms, most of which were handguns.

12. Law enforcement responded on scene at approximately 6:13 AM, and observed the second story window of the FFL broken and a broken plastic bin in the parking lot of the FFL. A damaged firearm and magazine was also recovered from the scene.

### Security Video Footage

13. Law enforcement reviewed the FFL's security video from February 27, 2020 to March 1, 2020. On February 28, 2020, before the burglary, an individual was observed wearing a puffy black jacket with an attached hood and a white triangle design under the left shoulder. The individual was observed buying two magazines and paying with a credit card. The individual was observed walking around the FFL around the same areas where the firearms that were stolen were placed. At that time, there were no visible signs of damage to the aforementioned jacket.

14. Law enforcement obtained the receipt for the purchase of the magazines from the FFL, which listed an individual named Tykei WILSON. WILSON was identified by law

enforcement through law enforcement databases. Through a query of a law enforcement database, WILSON's vehicle was identified. WILSON has a gray 2015 Acura 4S bearing Maryland license plate number 1DF7257 (the "VEHICLE") registered to him. Maryland Department of Motor Vehicle records show that the VEHICLE's registered address is 1524 Clairidge Road, Gwynn Oak, Maryland 21207 (the "PREMISES").

15. On March 4, 2020, law enforcement identified WILSON's place of employment as Navy Federal Credit Union and observed the VEHICLE in the parking lot of the Navy Federal Credit Union located in Vienna, Virginia. Law enforcement observed in plain view a puffy black jacket with the white triangle design under the left shoulder in the back seat of the vehicle. The jacket had visible tears on the right arm consistent with the tears seen in the security video during the burglary of the FFL.

16. WILSON's address on file with Navy Federal Credit Union is the PREMISES.

**Witness Statement**

17. On March 3, 2020, an individual hereinafter referred to as WITNESS stated he/she was on the corner of Church Street and Beulah Road, NE, a few hundred feet from the FFL, on March 2, 2020, and at approximately 6:10 AM, observed a vehicle matching the description of the VEHICLE headed northbound on Beulah Rd NE. The WITNESS further stated that the vehicle sped through a red light and was driving at a high rate of speed away from the location of the FFL.

18. On March 4, 2020, law enforcement observed WILSON leave the Navy Federal Credit Union in Vienna in the VEHCILE. Law enforcement proceeded to surveil WILSON as he traveled in the VEHICLE to Maryland. At approximately 8:00 PM, WILSON was observed parking the VEHICLE at the rear of the PREMISES before proceeding inside.

19.     Approximately ten minutes later, WILSON was observed leaving the PREMISES in the VEHICLE, which he drove to a pizza restaurant and then to the Owing Mills, Maryland residence of an unidentified female, which residence he entered holding a pizza box and a duffel bag.  As of this Affidavit's submission, the VEHICLE remains at the female's residence, 137 Village Mill Court in Owings Mills, Maryland.  The vehicle is presently located in the publicly accessible parking lot for 137 Village Mill Court.

### Additional Information

20.     Based on information provided to me by Navy Federal Credit Union, it is my understanding that WILSON works different shifts on different days of the week.  For example, on March 2, 2020, the day of the burglary, WILSON did not clock in until approximately 10:30 AM.  However, he clocks in on other days at or before approximately 8:30 AM, leading me to believe that on those days he leaves the Baltimore area early in the morning, given that the Navy Federal Credit Union in Vienna is nearly 50 miles away.

### CONCLUSION

21.     Based upon the foregoing, I submit there is probable cause to believe that WILSON has engaged in the theft of firearms from a Federal Firearms Licensee, in violation of 18 U.S.C. § 922(u), and conspired to steal firearms from a Federal Firearms Licensee, in violation of 18 U.S.C. § 371, and that the SUBJECT LOCATIONS described in Attachments A-1 and A-2 contain evidence, contraband, fruits, and/or instrumentalities of these criminal activities, as described in Attachment B.

The foregoing facts are true and correct to the best of my knowledge, information, and belief.

_____
Jose J. Oquendo
Special Agent, ATF

Subscribed and sworn to before me on March 5, 2020.

_____
HONORABLE A. DAVID COPPERTHITE
UNITED STATES MAGISTRATE JUDGE

AUSA: Izant

## Attachment A-1
### (Premises to be Searched)

### 1524 Clairidge Road, Gwynn Oak, Maryland 21207

The two-story, corner-unit townhouse at the address above, with brick siding and a white door with the number "1524" above it, as further pictured below.



JJI

AUSA: Izant

## Attachment A-2
### (Location to be Searched)

A gray 2015 Acura 4S sedan bearing MD license plate 1DF7257, as further pictured below.



The vehicle is reasonably expected to be located either in a publicly accessible parking spot adjacent to 1524 Clairidge Road, Gwynn Oak, Maryland 21207, or the publicly accessible parking lot for the apartment building located at 137 Village Mill Court in Owings Mills, Maryland.

JJI

AUSA: Izant

## ATTACHMENT B
### (Items To Be Seized)

All items constituting evidence, fruits, and/or instrumentalities of 18 U.S.C. § 922(u) (theft of firearms from a federal firearms licensee) or 18 U.S.C. § 371 (conspiracy), including, but not limited to, the following:

1. Any and all documents, records, or information (in whatever form, including handmade, mechanical, photographic, or electronic) relating to the theft of firearms or conspiracy to steal firearms;

2. Any and all records relating to indicia of occupancy, residency, and ownership or use of the SUBJECT LOCATIONS, including, but not limited to, utility and telephone bills, cancelled envelopes, rental, purchase or lease agreements, identification documents, and keys;

3. Address and/or telephone books, or papers reflecting names, addresses, telephone numbers or pager numbers evidencing relationships among the members of the conspiracy;

4. Books, records, receipts, bank statements and records, passbooks, letters of credit, money orders and cashiers' checks, safe deposit keys, items of storage such as safes and lock boxes, international money wires/transfers and other items evidencing the obtaining, secreting, transfer, concealment, counting and/or the expenditure of money;

5. Photographs, including photographs of co-conspirators, assets, or firearms;

6. Firearms, ammunition, items associated with ownership of firearms such as holsters and magazines;

7. Documents and papers evidencing ownership of firearms, possession of firearms, storage and location of such assets and facilities to safely store and secure such items, such as safes, to include lock boxes, gun safes, and strong boxes;

8. Clothing, shoes, masks, gloves, and instruments used to break and climb into windows;

9. Any item plainly identifiable as contraband;

10. U.S. currency and other illicit gains from the distribution of firearms; and

11. Cellular phones, pagers, beepers, or other electronic devices. If cellular telephones or other electronic storage devices are located, the United States will seek further search warrants for each device.

JJI